# United States District Court
## Violation Notice

CVB Location Code: KE21

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0BH0080 | Little | 2554 |

F0BH0080

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 04/04/2026 12:29 | FED 36CFR261.5C |

Place of Offense

█████████████

Offense Description: Factual Basis for Charge
Causing timber, trees, slash, brush or grass to burn.

HAZMAT ☐

## DEFENDANT INFORMATION

Phone: (606)3923772

| Last Name | First Name | M.I. |
|---|---|---|
| Little | Joshua | S |

Street Address

██████████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Livingston | KY | 40445 | ████1978 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| ████5948 | ☐ | | ████2684 |

X Adult ☐ Juvenile   Sex X M ☐ F   Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN: _____    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount

$ 30.00   Processing Fee

PAY THIS AMOUNT   Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 310 South Main Street, London, Kentucky 40741 | |
| | Time (hh:mm) |
| | 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete        Original - CVB Copy        FS-5300-4 (7/05)

F0BH0080

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___04/04/2026___ while exercising my duties as a law enforcement

officer in the ___Eastern___ District of ___KY___

Pursuant to 16USC 551: On April 4, 2026, at approximately 11:45 hours, U.S. Forest Service Law Enforcement Officer (LEO) Raymond LITTLE investigated the Sand Hill Fire at ▉▉▉▉▉▉▉▉, Livingston, located in the London Ranger District of the Daniel Boone National Forest (DBNF). The fire was reported by the Kentucky Division of Forestry on April 2, 2026, at approximately 17:25 hours. LEO LITTLE spoke with private property owner, Josh LITTLE, who was identified from his name and date of birth he provided. LITTLE was very cooperative and told LEO LITTLE that he had burned a trash pile in a pit in the ground on his property approximately one week earlier. LEO LITTLE examined the fire pit and observed where the fire had escaped the pit and burned into the grass causing a second and larger fire (Fire# 2) on LITTLE's property. Fire #2 was approximately 0.64 acre in size. LEO LITTLE identified and followed burn pattern indicators East into the wood line. A third burn area (Sand Hill Fire) was visible within approximately 30 feet of the Eastern terminus of Fire# 2. This fire was approximately 19 acres in size and burned onto DBNF. In the hours before the Sand Hill Fire being reported, winds were out of the Southwest. This is consistent with the Sand Hill Fire being caused by a spot fire from Fire #2. Based on his observations of the fire pattern indicators and no other possible causes of the fire being located, LEO LITTLE the identified of LITTLE's trash burn pit as the general origin area of the Sand Hill Fire. LITTLE was issued a violation notice for 36 CFR 261.5(c), Causing timber, trees, slash, brush or grass to burn except as authorized by permit. Body camera video and photos were uploaded into Axon Evidence.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

___04/04/2026___                    _____
Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;        CMV = Commercial vehicle involved in incident